IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

REBECCA ELAINE THORNTON,

                          Plaintiff,                          ORDER

     v.

                                                         11-cv-199-wmc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                          Defendant.

---

       Plaintiff Rebecca Elaine Thornton has filed a suit *pro se* pursuant to 42 U.S.C. § 405(g) for review of a final decision of the Commissioner of Social Security denying plaintiff's application for social security disability benefits. Because her request to proceed *in forma pauperis* was denied, she paid the $350 filing fee. The clerk of court shall issue summons forms and mail them to plaintiff so that she may serve defendant.

       Plaintiff is challenging an order of an officer of the United States. Therefore, under Fed. R. Civ. P. 4(i)(2)(A), plaintiff must take these steps:

       1. Serve the United States in the manner prescribed by Rule 4(i)(1). To do that, she must deliver a copy of the summons and complaint to Eric Peterson, the United States Attorney for the Western District of Wisconsin. Alternatively, she can send a copy of the summons and of the complaint by registered or certified mail addressed to the civil process clerk of the office of the United States Attorney, P.O. Box 1585, Madison, WI 53701-1585. In addition, plaintiff must

       2. Send a copy of the summons and of the complaint by registered or certified mail to the Attorney General of the United States at the Department of Justice in Washington, District of Columbia, 20530; AND

       3. Send of a copy of the summons and complaint by registered or certified mail to the Commissioner of Social Security, Michael J. Astrue, 6401 Security Blvd., Baltimore, MD, 21235.

       Entered this 6th day of April, 2011.

                                                      BY THE COURT:

                                                      /s/

                                                      STEPHEN L. CROCKER
                                                      Magistrate Judge