IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

REBECCA ELAINE THORNTON,

    Plaintiff,                                         JUDGMENT IN A CIVIL CASE

v.                                                      11-cv-199-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant affirming the decision of Carolyn W. Colvin, Acting Commissioner of Social Security, and dismissing plaintiff Rebecca Elaine Thornton's appeal.

| /s/ | 3/13/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |